The People of the State of New York v. Henry M. Lucasik.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

The People of the State of New York v. Sigmund Zochowski.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

The People of the State of New York v. Daniel Di Bari.—

Concur —

Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

The People of the State of New York v. Leonard Lightburn.—

Concur — Botein, P. J.,

Breitel, Rabin, Eager and Noonan, JJ.

The People of the State of New York v. Fred W. Seidenberg.—

Concur —

Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of the Probate of the Will of James Harten, Deceased. Kathleen H. Gorlach; Martha A. Hinds.—

Concur — Botein, P. J.,

Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Probate of Will of James Harten, Deceased. Kathleen H. Gorlach; Martha A. Hinds et al.—

Concur — Botein, P. J.,

Valente, Stevens, Eager and Steuer, JJ.

John Mangi v. City of New York et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and

Bergan, JJ.

Charles Battista v. Ida Liuzzi et al.—

Concur — Botein, P. J., Breitel,

Valente, McNally and Bergan, JJ.

Frederick S. Weaver v. Metropolitan Life Insurance Company et al.—